RECEIVED
2020 JUN -1 PM 4:14
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY MO

Dear Clerk,

I'd like to bring into question the constitutionality of the [Judicial act of (1789)] primarly section : 33.

- This section explains that for any crime or offence against the united states, The offender may be arrested, & imprisoned or bailed as the case maybe for trial before such court of the united states as this cognizance of the offense.

- Yet the [13TH Amendment] states under section (1) neither slavery nor involuntary servitude, except as a punishment for crime where of the party shall have been dully convicted, shall exist within the united states or any place subject to their jurisdiction.

- Now if we examine the two (2) we can clearly see the [13TH Amendment] gave strict limitations of who & How an offender should be locked away or imprisoned as it states "shall have been dully convicted", this being posttense.

- while if we examine the [Judicial act of (1789) primarly section 33], It gave authority to all justices & officers to lock up or imprison as needed. This being at the federal governments expense.

To dismiss this section is to also free the federal government of any expense & place the expense on every state as individual(s).

- Refer to [marbury V. madison, 5 u.s. 137 (1803)] when chief justice John marshall - declared that any conflict between the constitution & a law passed by congress, The constitution must always take precedence.

- Thus bringing me to question the constitutionality of section 33 of the [Judicial act of (1789)] on the grounds that one must be found guilty before imprisoned or forced involuntarly into servitude as described [13TH Amendment]

Mason Barrett